1  JS-6
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11
12  JEANETTE JAIME,                    | Case No.: EDCV 20-01418-FLA (SPx)
13              Plaintiff,             | ORDER DISMISSING CIVIL ACTION
14       v.
15
16  THE VONS COMPANIES, INC., et al.,
17              Defendant.
18
19
20
21
22       In light of the Plaintiff's Notice of Settlement, the Court orders the action
23  dismissed without prejudice.  The Court retains jurisdiction to vacate this Order and to
24  reopen the action within 60 days from the date of this Order, provided any request by
25  a party to do so shall make a showing of good cause as to why the settlement has not
26  been completed within the 60-day period, what further settlement processes are
27  necessary, and when the party making such a request reasonably expects the process
28  to be concluded.  This Order does not preclude the filing of a stipulation of dismissal

with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court.  Such stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

**IT IS SO ORDERED.**

Dated:  March 24, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge