ENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Theodore K. Bell (#184289)
THE VONS COMPANIES, INC.
11555 Dublin Canyon Road
Pleasanton, CA 94588
Telephone: (925) 226-5271
Facsimile: (925) 226-5098
Email: tad.bell@albertsons.com
Attorneys for Defendant
The Vons Companies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE JAIME,<br><br>      Plaintiff,<br>v.<br><br>THE VONS COMPANIES, INC., a Michigan Corporation; and Does 1-10,<br><br>      Defendants. | Case No.: 5:20-cv-01418-VAP-SP<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1   Dated: June 7, 2021                CENTER FOR DISABILITY ACCESS

2

3                                      By: /s/Amanda Seabock
                                           Amanda Seabock
4                                          Attorneys for Plaintiff

5

6   Dated: June 7, 2021                THE VONS COMPANIES, INC.

7

8                                      By: /s/Theodore K. Bell
9                                          Theodore K. Bell
                                           Attorneys for Defendant
10                                         The Vons Companies, Inc.

11

12

13

14

15

16

17                          **SIGNATURE CERTIFICATION**

18

19   I hereby certify that the content of this document is acceptable to Theodore K. Bell,

20   counsel for The Vons Companies, Inc., and that I have obtained authorization to affix his

21   electronic signature to this document.

22

23   Dated: June 7, 2021               CENTER FOR DISABILITY ACCESS

24

25                                     By: /s/Amanda Seabock
                                           Amanda Seabock
26                                         Attorneys for Plaintiff

27

28